UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    No. 96-80490

  Plaintiff,

vs.    Magistrate Judge R. Steven Whalen

SHERRY BRANTLEY n/k/a
SHERRY LYNN SMITH,

  Defendant.
_____/

**ORDER**

In 1996, Defendant Sherry Lynn Smith, who was then known as Sherry Brantley, pled guilty and was sentenced before Magistrate Judge Marc L. Goldman on a misdemeanor charge. In August of 1997, she pled guilty to and was sentenced on a supervised release violation.

Almost twenty years had passed when, on February 22, 2016, Defendant filed a letter request (which I construe as a motion) for expungement of her conviction. The Defendant states that having the misdemeanor conviction on her record is preventing her from bettering herself. *See* ECF No. 25.

In *United States v. Lucido*, 612 F.3d 871 (6th Cir. 2010), the Sixth Circuit held that federal courts lack jurisdiction over motions to expunge criminal records. *Id*. at 873-875. However, in *United States v. Field*, 756 F.3d 911 (6th Cir. 2014), the Court recognized

that federal courts have ancillary jurisdiction to consider expungement motions that raise constitutional challenges, such as a claim of an unconstitutional conviction or an illegal arrest. *Id*. at 915 (citing *United States v. Cary*, 602 F.3d 738, 739 (6th Cir. 2010)).

In this case, the Defendant does not raise any constitutional issues; rather, she seeks expungement because her misdemeanor record is interfering with opportunities that might otherwise be available. That is insufficient to confer jurisdiction on this Court.

I take Ms. Smith at her word that she has stayed out of trouble and moved forward toward a better life, and I commend and congratulate her for doing so. Unfortunately, her remedy does not lie in this Court.

Therefore, the Court DISMISSES Defendant's motion for expungement [ECF No. 25] for lack of jurisdiction.

IT IS SO ORDERED.

Dated: September 23, 2019    s/R. Steven Whalen
                             R. STEVEN WHALEN
                             UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

  I hereby certify on September 23, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants September 23, 2019.

                s/Carolyn M. Ciesla
                Case Manager for the
                Honorable R. Steven Whalen